No. 796.  Aware, Inc., et al. v. Faulk.  Ct. App. N. Y.  Motions of petitioners for leave to proceed without certifying record and to dispense with printing petition for writ of certiorari granted.  Certiorari denied. Mr. Justice Black and Mr. Justice Douglas are of the opinion that certiorari should be granted.  *Henry S. Middendorf, Jr.,* for petitioners.  *Louis Nizer* for respondent.

No. 802.  Kinnear-Weed Corp. v. Ingraham, U. S. District Judge.  C. A. 5th Cir.  Motion of petitioner to strike brief of Humble Oil & Refining Co. et al. denied. Certiorari denied.  *William E. Kinnear* for petitioner. *Garrett R. Tucker, Jr., Cornelius O. Ryan* and *William J. Merrill* for Humble Oil & Refining Co. et al.

No. 32, Misc.  Meaton v. United States.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg, Jerome Nelson* and *Jerome M. Feit* for the United States.

No. 272, Misc.  Woykovsky v. Chappell, Chairman, U. S. Board of Parole, et al.  C. A. D. C. Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondents.

No. 596, Misc.  McGann v. Federal Prison Industries et al.  C. A. D. C. Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox* for respondents.

No. 622, Misc.  Shrout v. United States.  C. A. 10th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox* for the United States.